B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Handy Button Machine Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA The Handy Kenlin Group; DBA Handy Living | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-1186660 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>29 E. Hintz Road<br>Wheeling, IL<br>ZIP Code 60090 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) <span style="float:right">Page 2</span>

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Handy Button Machine Company |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                 Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Handy Button Machine Company |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Robert M. Fishman
_____
Signature of Attorney for Debtor(s)

 Robert M. Fishman 3124316
_____
Printed Name of Attorney for Debtor(s)

 Shaw Gussis et al
_____
Firm Name
 321 N. Clark Street
 Suite 800
 Chicago, IL 60654

_____
Address

 312-541-0151  Fax: 312-980-3888
_____
Telephone Number
 April  8, 2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Michael Baritz
_____
Signature of Authorized Individual
 Michael Baritz
_____
Printed Name of Authorized Individual
 CEO
_____
Title of Authorized Individual
 April  8, 2010
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Handy Button Machine Company

Debtor(s)

Case No.

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Handy Button Machine Company Salaried&Clerical Emp Pension Plan 29 E. Hintz Road Wheeling, IL 60090 | Handy Button Machine Company Salaried&Clerical Emp Pension Plan 29 E. Hintz Road Wheeling, IL 60090 847-459-0900/fax 847-459-0902 | | | 2,507,073.00 |
| Handy Button Machine Company Pension Plan for Hourly Employees 29 E. Hintz Road Wheeling, IL 60090 | Handy Button Machine Company Pension Plan for Hourly Employees 29 E. Hintz Road Wheeling, IL 60090 847-459-0900/fax 847-459-0902 | | | 2,497,543.00 |
| Haining Droin Imp and Exp Co Ltd 1309#Fortune Bldg 1,Tangnan West Rd Haining City, Zhejiang CHINA | Haining Droin Imp and Exp Co Ltd 1309#Fortune Bldg 1,Tangnan West Rd Haining City, Zhejiang CHINA 008657387265998/fax 008657387265997 | Goods/services | | 121,223.06 |
| AMB Property II, L.P. c/o AMB Property Corp, 1 O'Hare Ctr 6250 N River Rd Ste 1100 Rosemont, IL 60018 | Adam Von AMB Property II, L.P. c/o AMB Property Corp, 1 O'Hare Ctr 6250 N River Rd, Ste 1100 Rosemont, IL 60018 847-696-4600/fax 847-518-8600 | Goods/services | | 120,000.00 |
| Hansy LLC 1750 N. 25th Ave Melrose Park, IL 60160 | Hansy LLC 1750 N. 25th Ave Melrose Park, IL 60160 708-343-9200/fax 708-344-4070 | Breach of contract | Disputed | 110,001.00 |
| T & T, Inc. 2348 S Green St Tupelo, MS 38801 | Tom Towner T & T, Inc. 2348 S Green St Tupelo, MS 38801 662-401-4045 | Goods/services | Disputed | 90,000.00 |
| Teller, Levit & Silvertrust PL 11 East Adams St. Chicago, IL 60603 | Teller Levit 11 East Adams ST. Chicago, IL 60603 630-616-8800/fax 630-616-8801 | Goods/services | Disputed | 78,393.60 |

B4 (Official Form 4) (12/07) - Cont.

In re    Handy Button Machine Company                                           Case No.

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Phoenix Merchandise, Inc.<br>FL7-1 Diamond Bldg #125 Sec4 Jen Ai<br>Taipei, R.O.C.  10650<br>TAIWAN | Stanley Yang<br>Phoenix Merchandise, Inc.<br>FL7-1 Diamond Bldg #125 Sec4 Jen Ai<br>Taipei, R.O.C.  10650<br>TAIWAN<br>02-721-7820/fax 011886227218021 | Goods/services | | 66,533.60 |
| Shanghai Industrial Group Hldg Ltd<br>269th DaPu Rd Foresight Pl. 28th Fl<br>Shanghai 200023<br>CHINA | Paul Chen<br>Shanghai Industrial Group Hldg Ltd<br>269th DaPu Rd Foresight Pl. 28th Fl<br>Shanghai 200023<br>CHINA<br>021-53029977/fax 021-53018622 | Goods/services | | 59,771.71 |
| Douglas Furniture of California LLC<br>c/o Craig G Margulies, Esq<br>16030 Ventura Blvd. Suite 470<br>Encino, CA 91436 | Ian Lansberg<br>Craig G Margulies, Esq<br>Landsberg Margulies LLP<br>16030 Ventura Blvd # 470<br>Encino, CA 91436<br>818-705-2777/fax 818-705-3777 | Preference Claim | Disputed | 58,997.73 |
| Clingan Steel<br>2525 Arthur Ave.<br>Elk Grove Village, IL 60007 | Jeff Howe<br>Clingan Steel<br>2525 Arthur Ave.<br>Elk Grove Village, IL 60007<br>847-228-6200/fax 847-228-6215 | Goods/services | | 43,935.44 |
| Zhejiang Feili Hardware Spring Co<br>No 30 Fenghuang Road<br>Dingqiao, Haining, Zhejiang<br>CHINA | Zhejiang Feili Hardware Spring Co<br>No 30 Fenghuang Road<br>Dingqiao, Haining, Zhejiang<br>CHINA<br>00865738760327/fax 008657387661900 | Goods/services | | 28,081.65 |
| Haining Senjie Furniture Co Ltd<br>No 185 Qunle Rd, Xieqiao Town<br>Haining City, Zhejiang<br>CHINA | Haining Senjie Furniture Co Ltd<br>No 185 Qunle Rd, Xieqiao Town<br>Haining City, Zhejiang<br>CHINA<br>8657387711227/fax 8657387717207 | Goods/services | | 24,942.00 |
| Specialty Strip & Oscillating<br>1262 Standard Avenue<br>Masury, OH 44438 | Specialty Strip & Oscillating<br>1262 Standard Avenue<br>Masury, OH 44438<br>330-448-2228/fax 330-448-4177 | Goods/services | | 23,624.27 |
| Three D Metals<br>5462 Innovation Dr<br>Valley City, OH 44280 | Three D Metals<br>5462 Innovation Dr<br>Valley City, OH 44280<br>330-220-0451/fax 330-220-0471 | Goods/services | | 22,562.65 |
| Standard Furniture Mfg Co.<br>Attn: Mike Bell<br>801 HWY 31 South, PO Box 1089<br>Bay Minette, AL 36507 | Mike Bell<br>Standard Furniture Mfg Co.<br>801 HWY 31 South,<br>PO Box 1089<br>Bay Minette, AL 36507<br>251-937-6741/fax 251-239-2046 | Goods/services | Disputed | 22,453.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    Handy Button Machine Company                                    Case No. _____
_____
             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American and Efird, Inc<br>PO Box 60221<br>Charlotte, NC 28260 | American and Efird, Inc<br>PO Box 60221<br>Charlotte, NC 28260<br>704-827-4311/fax 704-827-4160 | Goods/services | | 22,234.56 |
| Panalpina, Inc.<br>800 E Devon Avenue<br>Elk Grove Village, IL 60007 | Clifford Pinto<br>Panalpina, Inc.<br>800 E Devon Avenue<br>Elk Grove Village, IL 60007<br>847-545-1500/fax 847-545-8403 | Goods/services | | 20,000.00 |
| Berlin Metals Inc.<br>3200 Sheffield Ave.<br>Hammond, IN 46320 | Al Yolich<br>Berlin Metals Inc.<br>3200 Sheffield Ave.<br>Hammond, IN 46320<br>213-993-0111/fax 219-933-0692 | Goods/services | | 18,745.10 |
| Tom Erdman<br>100 Edward Street, #9<br>Fort Atkinson, WI 53538 | Tom Erdman<br>100 Edward Street, #9<br>Fort Atkinson, WI 53538<br>608-345-4420 | | | 15,932.60 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    April 8, 2010                              Signature    /s/ Michael Baritz
_____                                _____
                                                              Michael Baritz
                                                              CEO


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  Handy Button Machine Company      Case No.
                                          Debtor(s)       Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                            331

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   April  8, 2010                     /s/ Michael Baritz
                                                    Michael Baritz/CEO
                                                    Signer/Title

A+ Products, Inc.
10624 Ave. D
Brooklyn, NY 11236


AAFES Army & Air Force Exchange Srvc.
P.O. Box 660202
Dallas, TX 75266


AB Precision
1506 Elizabeth Ave
Linden, NJ 07036


Action Fabricators Inc.
3760 East Paris SE
Grand Rapids, MI 49512


Adager
Office 1602
Portland, OR 97208


ADT
PO Box 371967
Pittsburgh, PA 15250


ADT
111 Windsor Drive
Oak Brook, IL 60523


Affiliated Control
Dept 20-8018
PO Box 5998
Carol Stream, IL 60197-5998


Affiliated FM Insurance
PO Box 7500
Johnston, RI 02919


Air Sea Transport
821 Busse Road
Elk Grove Village, IL 60007


Air-Vac Engineering
30 Progress Ave.
Seymour, CT 06483

AIT Logistics
701 N Rohlwing Road
Itasca, IL 60143


Albest Metal Stamping Company
1 Kent Ave
Albertson, NY 11507


Alicia Arellano-Thompson
5911 N. St. Louis
Chicago, IL 60659


All Control
1644 Cambridge Drive
Elgin, IL 60123


Allan and Sandra Mendel
4021 Radcliffe Dr.
Northbrook, IL 60062


Allan Mendel
4021 Radcliffe Dr
Northbrook, IL 60062


Alliance Steel LLC
6499 W 66th Place
Bedford Park, IL 60638


ALTO
2867 Surveyor Street
Pomona, CA 91768


Alto Systems, Inc.
2867 Surveyor St.
Pomona, CA 91768


Amazon Fulfillment Services, Inc.
P.O. Box 81226
Seattle, WA 98108


Amazon.Com
P.O. Box 81226
Seattle, WA 98108

AMB Property II, L.P.
c/o AMB Property Corp, 1 O'Hare Ctr
6250 N River Rd Ste 1100
Rosemont, IL 60018


AMB Property II, L.P.
c/o AMB Property Corporation
Pier I, Bay I
San Francisco, CA 94111


American and Efird, Inc
PO Box 60221
Charlotte, NC 28260


American Fire and Casualty
9450 Seward Road
Fairfield, OH 45014


Andrea Baritz
179 Roger Williams
Highland Park, IL 60035


ANGELO SURMELIS
Dancing Monkey, Inc.
1114 Echo Park Avenue
Los Angeles, CA 90026


ANTHONY JAMES MARKETING
4827 CLEARWATER LANE
NAPERVILLE, IL 60564


Apex Industries Corporation
798 Zhao Jia Bang Road, Suite 1902
Shanghai 200030
CHINA


Apex International, Inc.
798 Zhac Jia Bang Rd. Rm 1902
Sun International Plaza Shanghai
CHINA


Assembly Unlimited
2600 S. 25th Ave.
Unit Q
Broadview, IL 60155

```
AT&T
PO Box 8100
Aurora, IL 60507


AT&T
PO Box 5017
Carol Stream, IL 60197


AT&T Long Distance
PO Box 660688
Dallas, TX 75266-0688


B D Custom Manufacturing
1100 Bloomingdale Dr
Bristol, IN 46507


Bank of America
Phil Raby
231 S. LaSalle Street
Chicago, IL 60604


Barry and Caryn Mendel
2313 Glen Eagles Lane
Riverwoods, IL 60015-5702


Barry Mendel
2313 Glen Eagles Lane
Riverwoods, IL 60015-5702


Batavia Container
PO Box 550
1400 Paramont Parkway
Batavia, IL 60510


Bechik Prod Inc
1020 Discovery Rd.
Suite 150
Saint Paul, MN 55121


Beechglen Development Inc.
3862 Race Road
Cincinnati, OH 45211
```

Belmont Plating
9145 King Street
Franklin Park, IL 60131


Berlin Metals Inc.
3200 Sheffield Ave.
Hammond, IN 46320


Big Lift LLC
PO Box 667
Lombard, IL 60148-0667


Blue Diamond Coffee Service
1020 W. Fullerton Ave.
Suite G
Addison, IL 60101


Bonnie Baritz
6558 LANDINGS CT
Boca Raton, FL 33496


Bradley Mendel
2250 W Chicago Ave
Chicago, IL 60622


Bruce Hastings
1757 Maplewood Court
Grayslake, IL 60030


Buck Enterprises
PO Box 1114
Lombard, IL 60148


Building Stars
1401 Branding Ave.
Suite 275
Downers Grove, IL 60515


BuildingStars
11489 Page Service Dr.
Saint Louis, MO 63146-3529


C&C Metal Products
456 Nordhoff Place
Englewood, NJ 07631

California Closures
727 Gladys
Los Angeles, CA 90021


Canon Business Solutions
425 Martindale Rd.
14th Floor
Schaumburg, IL 60173


Carolina Tape & Supply
502 19th St. SE
Box 28603
Hickory, NC 28603


Caryn Mendel
2313 Glen Eagles Lane
Riverwoods, IL 60015-5702


Catching Fluidpower
501 W Lake St
Suite 204
Elmhurst, IL 60126


Catherine Neri
1734 N. 77th Ct.
Elmwood Park, IL 60707


CDW Direct, LLC
1020 E. Lake Cook Rd.
Buffalo Grove, IL 60089


Central Steel & Wire
PO Box 5100
Chicago, IL 60680-5100


Chesterfield Products Company
7004 Greenleaf
Niles, IL 60714


Cindy Baritz
28 Cove Neck Rd.
Oyster Bay Cove, NY 11771

CLIENTFIRST
200 4TH SOUTH #311
ST PETERSBURG, FL 33701


Clingan Steel
2525 Arthur Ave.
Elk Grove Village, IL 60007


CMI Enterprises
5590 NW 163rd
Miami, FL 33014


ComEd
PO Box 6111
Carol Stream, IL 60197


Commerce Technologies
PO Box 33197
Hartford, CT 06150-3197


Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602


Corinne Amanti
569 Eastwick Ln
Bartlett, IL 60103


COSTCO
999 Lake Drive
Issaquah, WA 98027


CSN Stores, LLC
800 Boylston St
Suite 1600
Boston, MA 02199


CT Associates Inc.
29 E. Hintz Road
Wheeling, IL 60090


D&K
225 N. Brooks St.
Pontotoc, MS 38863

Dancing Monkey, Inc.
1114 Echo Park Avenue
Los Angeles, CA 90026


David M. Sallenger
6425 Clarendon Hills Rd.
#102
Willowbrook, IL 60527


David Sallenger
6425 Clarendon Hills Rd., Unit 102
Willowbrook, IL 60527


Debora Kirschenbaum Sherman
2259 Sheridan Rd.
Highland Park, IL 60035


Disenos De Muebles Anffer SA DE CV
Calle 10 No 20 Col Rustica Xalostoc
Ecatepec, Estado de Mexico CP 55340
MEXICO


Distribution Data Incorporated
16101 Snow Road
Suite 200
Cleveland, OH 44142


Douglas Furniture of California LLC
c/o Craig G Margulies, Esq
16030 Ventura Blvd. Suite 470
Encino, CA 91436


DOW CRAVER
DOW CRAVER & ASSOCIATES
PO BOX 2004
THOMASVILLE, NC 27360


Dow Craver & Associates
PO Box 2004
Thomasville, NC 27360


E. Solutions
1331 E Business Center
Mount Prospect, IL 60056

Elizabeth Mendel
2825 Knollwood Terrace
Glenview, IL 60025


Elliot Baritz
170 S. Kent Rd.
Gaylordsville, CT 06755


Emerald Printing
25781 N. Hillview Court
Mundelein, IL 60060


EMILY TRUETT INC
303 S TAYLOR STREET
OAK PARK, IL 60302


Emily Truett Inc.
303 S Taylor Ave
Oak Park, IL 60302


Englewood Electric Supply
520 Exchange Court
Aurora, IL 60504


ENID COHEN
972 NW 93RD AVENUE
PLANTATION, FL 33324


Equivoice
PO Box 7300
Algonquin, IL 60102


Equivoice, Inc.
P.O. Box 7300
Algonquin, IL 60102


Eric Baritz
51 Noahs Lane Extension
Norwalk, CT 06851


Erickson Metals Corporation
25 Knotter Dr.
Dept JB
Cheshire, CT 06410

```
Estes Express
PO Box 25612
Richmond, VA 23260


Eugene L. Griffin & Associates
29 N Wacker Dr
Chicago, IL 60606


Ever Gallant Industrial - Taiwan
3, Lane 11, Sec 1, Han-Chow S Road
Taipei
TAIWAN


Farris-Burns Corp
6210 Merriam Dr
PO Box 3187
Merriam, KS 66203


Fasnap Corp
23669 Reedy Dr.
Elkhart, IN 46515


Fluid Power Eng Co
110 Gordon
Elk Grove Village, IL 60007


Francine Sherman, custodian for Deborah
2259 Sheridan Rd.
Highland Park, IL 60035


Francine Sherman, custodian for Leora Sh
2259 Sheridan Rd.
Highland Park, IL 60035


Francine Sherman, custodian for Paul She
2259 Sheridan Rd.
Highland Park, IL 60035


Francine Shonfeld Sherman
2259 Sheridan Rd.
Highland Park, IL 60035
```

Frontier Trust, FBO Handy Button
Machine Co Salary Contribution Plan
29 E. Hintz Road
Wheeling, IL 60090


Gail Baritz
179 ROGER WILLIAMS
Highland Park, IL 60035


Garvey's Office Products
PO Box 74044
Chicago, IL 60690-4044


Grand Metal Works Ltd
Flat B, 23/F Chiap King Ind Bldg
114 King Fuk, San Po Kong, Kowloon
HONG KONG


Great American Insurance Company
580 Walnut Street
Cincinnati, OH 45202


Greenberg Traurig
77 W Wacker Drive
Suite 2500
Chicago, IL 60601


GS1 Company
7887 Washington Village Dr.
Suite 300
Dayton, OH 45459


Guenther & Sons
PO Box 803
Gouldsboro, PA 18424


Haining Droin Imp and Exp Co Ltd
1309#Fortune Bldg 1,Tangnan West Rd
Haining City, Zhejiang
CHINA


Haining Houeyang Group Co. LTD
No 95 Langxing Rd Haining Zhejiang
Haining 314400
CHINA

Haining Senjie Furniture Co Ltd
No 185 Qunle Rd, Xieqiao Town
Haining City, Zhejiang
CHINA


Handy Button Machine Company
Pension Plan for Hourly Employees
29 E. Hintz Road
Wheeling, IL 60090


Handy Button Machine Company
Salaried&Clerical Emp Pension Plan
29 E. Hintz Road
Wheeling, IL 60090


Handy Ltd
Unit 9 Sovereign Business Center
Stockingswater Ln, Enfield
ENGLAND


Handy Realty International Sales Co
29 E. Hintz Road
Wheeling, IL 60090


Hansy LLC
1750 N. 25th Ave
Melrose Park, IL 60160


Hartford Fire Insurance
Hartford Plaza
Hartford, CT 06115


Hassett Air Express
877 S Route 83
Elmhurst, IL 60126


Healthcare Service Corp
PO Box 1186
Chicago, IL 60690-1186


Heico Fasteners, Inc.
PO Box 2905
Hickory, NC 28603

High Ridge Partners
140 S. Dearborn
Suite 420
Chicago, IL 60603


Hiker Enterprises
3375 14th Avenue, Unit 3
Markham Ontario L3ROH2
CANADA


Home Decorators Collection, Inc.
Director of Inventory Control
8920 Pershall Road
Hazelwood, MO 63042


Hugh Courtright & Company
26200 S Whiting Way
Monee, IL 60449


Hughes Supply
175 Kanoy Road
PO Box 1003
Thomasville, NC 27360


Hughes Supply Co. of Thomasville Inc.
175 Kanoy Road
Thomasville, NC 27360


Illinois Department of Employment
Security/ Bankruptcy Unit
401 S. State St. 3rd Fl.
Chicago, IL 60605


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L-425
Chicago, IL 60602


Illinois Department of Revenue
P.O. Box 19025
Springfield, IL 62794


Illinois Environmental Protection
Agency
PO Box 19276
Springfield, IL 62794-9276

Image Perspective, LLC
1331 E. Business Center
Mount Prospect, IL 60056


Indiana Insurance Co
PO Box 5200
3333 Warrenville Rd
Lisle, IL 60532


Insurance Co of State of PA
Member of AIG
70 Pine Street
New York, NY 10270


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA 19114


International Furniture Supply
481 Southwest Kile Lane
Cleveland, TN 37311


Iten Industries
PO Box 2150
Ashtabula, OH 44005-4150


JACK BRENNAN
J.B.I.
797 NORUMBEGA DR
MONROVIA, CA 91016


Jackie Welter
6624 S. Mozart
Chicago, IL 60629


Jacobson Warehouse Co
480 Stateline Road E
Southaven, MS 38671-2828

Jacobson Warehouse Co.,Inc.
3811 Dixon Street
Des Moines, IA 50313


Jacqueline Mendel
4310 SW Spokane St.
Seattle, WA 98116


James Russell Design Company
3323 N. Custer Rd.
Monroe, MI 48162


Janet Garren
3708 Van Buren Rd.
Kenosha, WI 53142


Jean and Berry Mendel trustees of Trust
2390 El Cid Lane
Northbrook, IL 60062


Jean Mendel and the Northern Trust Co.,
2390 El Cid Lane
Northbrook, IL 60062


Jean Mendel as Trustee of Jean M Mendel
2390 El Cid Lane
Northbrook, IL 60062


Jeff Ehrenberg
203 Chicory Ct.
Buffalo Grove, IL 60089


Jeffrey Mendel
3015 4th St.
Boulder, CO 80304


Jeffry Weiss
22 Brandywine Rd
Stamford, CT 06905


Jennifer Tarachas
1930 W. Belmont, #2
Chicago, IL 60657

Jessica Mendel
2825 Knollwood Terrace
Glenview, IL 60025


Jesus Macias
2513 N. Ridgeway
Chicago, IL 60647


Jiaxing Mellow Holdings Ltd
Chaotong Industrial Park
Baibu Town, Haiyan, Zhejiang 314312
CHINA


Jinbauoma Furniture Mfg Co, Ltd
Mr. Jack Yang
Forsham City Guandon
CHINA


Joan Opoka
7130 W. Armitage
Chicago, IL 60707


Jodi Gonzalez
319 N. 3rd Ave.
Maywood, IL 60153


Jose Macias
1927 W. 22nd Pl.
Chicago, IL 60608


Josephine Wind
2455 N. Budd St.
River Grove, IL 60171


Joy Webb
117 Monterey Drive
Vernon Hills, IL 60061


JUAN MARTINEZ
8171 NW 192ND STREET
MIAMI, FL 33015


Judith Perlman or her Successor as Trust
430 Clavey Lane
Highland Park, IL 60035

Kenneth Baritz
6558 Landings Ct
Boca Raton, FL 33496


Kenneth Shonfeld
865 Lamson Dr
Winnetka, IL 60093


Kenneth Shonfeld, custodian for Jorden E
865 Lamson Dr
Winnetka, IL 60093


Kenneth Shonfeld, custodian for Samuel J
865 Lamson Dr
Winnetka, IL 60093


Kenneth Shonfeld, custodian for Zachary
865 Lamson Dr
Winnetka, IL 60093


KINGSTON & ASSOCIATES
1619 BEAVER CREEK LANE
SNELLVILLE, GA 30078


Kohl's Departmen Stores, Inc.
N56 W17000 Ridgewood Drive
Menomonee Falls, WI 53051


Lapham-Hickey Steel
5500 W 73rd St
Chicago, IL 60638


Lenard and Elliot Baritz, UTA 3/23/70 FB
180 Red Oak Ln.
Highland Park, IL 60035


Lexington Steel
5443 W 70th Place
Bedford Park, IL 60638


LIFESTYLE MARKETING GROUP
379 BURNING TREE COURT
HALF MOON BAY, CA 94019

Lifestyle Mkt Group
5408 153rd Place SE
Bellevue, WA 98006


Logistics Mgmt Grp Inc.
16101 Snow Rd, Ste 300
Brook Park, OH 44142


Long May Industrial Co Ltd
3F No 26 Sec 3 Jen-Ai Rd
Taipei
TAIWAN


Luis Jaquez
10942 Deblin Ln.
Oak Lawn, IL 60453


Majorie Baritz
170 S. Kent Rd.
Gaylordsville, CT 06755


Marc Baritz
7 Hewitt Ave.
White Plains, NY 10605


Margaret Lacki
977 West Court, Unit A
Naperville, IL 60563


Marilyn P Shonfeld as Trustee of Marilyn
1032 Oak Ridge Dr.
Glencoe, IL 60022


Marilyn Shonfeld and Jos Perlman, truste
1032 Oak Ridge Dr.
Glencoe, IL 60022


Mathew Samuel
902 E. Old Willow Rd., Apt. 10
Prospect Heights, IL 60070


Matrex
911 Northridge St.
PO Box 444
Greensboro, NC 27402

Matson Int Logistics
PO Box 99074
Chicago, IL 60693-0001


McMaster Carr
PO Box 7690
Chicago, IL 60680-7690


Mel Yas
4570 Rene Emard St., Apt 114
Pierrefond, Quebec  H9A 2X9
CANADA


Mendel Money Mgt Inc
1200 Shermer Road
Suite 312
Northbrook, IL 60062


Michael Baritz
179 Roger Williams
Highland Park, IL 60035


Michael J Lugowski
449 N. Edgewood Ave
Lombard, IL 60148


Michael L Baritz
179 Roger Williams
Highland Park, IL 60035


Michael Mendel
4021 Radcliffe Dr.
Northbrook, IL 60062


MICHAEL SHUPP
81 WHITE OAK RIDGE ROAD
LINCROFT, NJ 07738


Milan Express
PO Box 699
Milan, TN 38358


Millenia Metals
45 N. Church St.
Addison, IL 60101

Miller Cooper & Co., Ltd.
1751 Lake Cook
Suite 400
Deerfield, IL 60015


Modern Data Products
22122 Sherwan Way
Canoga Park, CA 91303


Monarch Metal Finishing Co
189 Georgia Avenue
Providence, RI 02905


Motion Industries, Inc.
1920 N Beach St
Broadview, IL 60153


MSC Industrial Supply Co.
DEPT CH 0075
Palatine, IL 60055-0075


Much Shelist
35335 Eagle Way
Chicago, IL 60678-1353


National Union Fire Ins
70 Pine Street
New York, NY 10270


Neil Baritz
3225 Equestrian Dr.
Boca Raton, FL 33434


Nelson Steel Products
3051 Penn Ave
Hatfield, PA 19440


Neopost, Inc.
PO Box 45800
San Francisco, CA 94145-0800


Netherlands Insurance Co
PO Box 5200
3333 Warrenville Road
Lisle, IL 60532

Nicole Vanderwarren
520 N. Milwaukee Ave
Unit 5
Libertyville, IL 60048


Nicor
PO Box 2020
Aurora, IL 60507


Norman Gurley, Jr.
135 CR 163
Corinth, MS 38834


Notions Marketing
1500 Buchanan SW
Grand Rapids, MI 49507


Novel Labs (Sharefile)
4140 Parklake Ave
Suite 320
Raleigh, NC 27612


Overstock.com
6350 South 3000 East
Salt Lake City, UT 84121


Panalpina, Inc.
800 E Devon Avenue
Elk Grove Village, IL 60007


Patricia A Lugowski
449 N Edgewood Ave
Lombard, IL 60148


Patricia A. Lugowski
449 Edgewood Ave.
Lombard, IL 60148


Paulo
1307 Rutledge Ave.
Murfreesboro, TN 37129

Pension Benefit Guaranty Corp.
Department of Insurance Supervision
1200 K Street, NW
Washington, DC 20005


Phoenix Merchandise, Inc.
FL7-1 Diamond Bldg #125 Sec4 Jen Ai
Taipei, R.O.C. 10650
TAIWAN


Pontotoc Spring
260 Industrial Dr.
Pontotoc, MS 38863


Poyner Spruill
301 Fayettevill St
Raleigh, NC 27601


Precision Steel
3500 Wolf Rd
Franklin Park, IL 60131


Precoat Metals
1310 Papin St
Saint Louis, MO 63103


PREFERRED FURNITURE
ATTN: DANNY CRAIG
125 CROSS ROAD, PO BOX 1184
COLLINSVILLE, VA 24078


Preferred Furniture Components
PO Box 7168
High Point, NC 27264


Preferred Furniture Components, Inc
2100 Brentwood St.
High Point, NC 27263


Preferred Furniture Components, Inc.
2100 Brentwood St
High Point, NC 27263

Quality Plastic Products
830 Maple Lane
Bensenville, IL 60106-1546


Quill Corporation
PO Box 94081
Palatine, IL 60094


R & L Carriers
600 Gillam Rd
PO Box 271
Wilmington, OH 45177


Rackowpolymers Corp
475 Thomas Dr
Bensenville, IL 60106


Ramcel Engineering
2926 MacArthur Blvd.
Northbrook, IL 60062-7196


Ramcel Engineering Co.
2926 MacArthur Blvd.
Northbrook, IL 60062-7196


Raymond Davidson
11443 Ashley Woods Dr
Westchester, IL 60154


Refurbished Office Envir.
905 S Menard Ave
Chicago, IL 60644


Remco Button Co., Inc.
225 W 36th St.
New York, NY 10018


Renee Baritz
220 East 72nd St., #8F
New York, NY 10021


Reputation Partners
105 W Adams Street
Suite 2220
Chicago, IL 60603

Rhino Creative Design
Ryan Torgeson
2196 Sheridan Springs Rd.
Burlington, WI 53105


RJW Transport
PO Box 1309
Bolingbrook, IL 60440


Robert A Moris
2071 Tower Bridge Rd
New Lenox, IL 60451


Robert A. Moris
2071 Tower Bridge Rd.
New Lenox, IL 60451


Ronald Buck
1352 E. Bailey Rd
Naperville, IL 60565


Rowley Spring
PO Box 276
Bristol, CT 06011


RT Transportation
PO Box 960
New Lenox, IL 60451


Ruben C Sanchez
1824 Shakespeare Ct.
Schaumburg, IL 60194


Ruben Sanchez
1824 Shakespeare Ct.
Schaumburg, IL 60194


Rusken Packaging, Inc.
PO Box 2100
Cullman, AL 35056


Sam's East, Inc. and affiliates
P.O. Box 500787
St. Louis, MO 63150

Sam's West, Inc.
P.O. Box 500787
St. Louis, MO 63150


Samson Roll Formed Prod
6101 W. Oakton
Skokie, IL 60077


Sandra Mendel
4021 Radcliffe Dr.
Northbrook, IL 60062


Schiffmayer Plastics Corp
1201 Armstrong St.
Algonquin, IL 60102


Schwartz Bros Insurance Inc.
1 S. Wacker Dr.
36th FL.
Chicago, IL 60606


Scientific Cont Lab
3158 S. Kolin Ave.
Chicago, IL 60623


Scott and Elizabeth Mendel
2825 Knollwood Terrace
Glenview, IL 60025


Scott Mendel
2825 Knollwood Terrace
Glenview, IL 60025


Service Employees Intl. Union, Local 1
111 E. Wacker Dr.
Suite 2500
Chicago, IL 60601


Service Express Inc.
4845 Corporate Exchange
Grand Rapids, MI 49512

Shanghai Industrial Group Hldg Ltd
269th DaPu Rd Foresight Pl. 28th Fl
Shanghai 200023
CHINA

Shanghai Industries Goup, Ltd
269th DaPu Rd Foresight Pl. 28th Fl
Shanghai 200023
CHINA

Shanghai Shenhong Kenlin Group, Ltd
269th DaPu Rd Foresight Pl. 28th Fl
Shagnhai 200023
CHINA

Shop NBC
6740 Shady Oak Rd.
Eden Prairie, MN 55344

Sidney Baritz Foundation
180 Red Oak Ln.
Highland Park, IL 60035

SMG MARKETING, INC
1322 MULBERRY LANE
CARY, IL 60013

Solar Spring & Wire Form
345 Criss Circle
Elk Grove Village, IL 60007-1291

Sourmelis (a/k/a Angelo Sourmelis)
1114 Echo Park Avenue
Los Angeles, LA 90026

Sparks Industries
404 N. Columbia Avenue
Sheffield, AL 35660

Specialty Strip & Oscillating
1262 Standard Avenue
Masury, OH 44438

Springfast
299 Allens Ave.
Providence, RI 02905


Stafast Products Inc.
PO Box 931978
Cleveland, OH 44193


Standard Furniture Mfg Co.
Attn: Mike Bell
801 HWY 31 South, PO Box 1089
Bay Minette, AL 36507


State Tax Commission
Office of Revenue
PO Box 23050
Jackson, MS 39225


Stephanie Ascher
215 E. 68th St., Apt. 20J
New York, NY 10065


Stuart Baritz
220 East 72nd St., #8F
New York, NY 10021


Stuart Baritz, Custodian for Casey
220 East 72nd St., #8F
New York, NY 10021


Stuart Baritz, Custodian for Jared
220 East 72nd St., #8F
New YorkCity, NY 10021


Suffern Plating Corporation
210 Girbaldi Ave.
Lodi, NJ 07644


Superior International Sourcing
Fl 9E Yishan Ju Bld New Century Vil
Dongcheng District, Dongguan
CHINA

Superior International Sourcing Ltd
Floor 9E Yi Shan Ju Bldg NewCentury
Dongcheng Dist, Dong Guong City
CHINA


Supply One Wisconsin
W209 N17450 Industrial Dr.
Jackson, WI 53037


T & T, Inc.
2348 S Green St
Tupelo, MS 38801


Tai Chang Hardware Ind Co Ltd
PO Box 47-122
Taipei
TAIWAN


Target.com
PO Box 9493
Minneapolis, MN 55440-9493


Target.com
33 S. 6th St.
Mailstop 2420
Minneapolis, MN 55402


Teller, Levit & Silvertrust PL
11 East Adams St.
Chicago, IL 60603


The Adam Podolsky Discretionary Suppleme
430 CLAVEY LANE
Highland Park, IL 60035


The Daniel Podolsky Discretionary Supple
430 CLAVEY LANE
Highland Park, IL 60035


The Marmor Foundation
2390 El Cid Lane
Northbrook, IL 60062

The Welding Center
7400 S. Central Ave.
Chicago, IL 60638


Thomas Hunter
691 Jackson Parkway
Williams Bay, WI 53191


THOMPSON TRADING
13450 SW 82ND ST
MIAMI, FL 33183


Three D Metals
5462 Innovation Dr
Valley City, OH 44280


Tian Li
27-1-602 E Ming-Ya Garden Gudun Rd
Hangzhou  311112
CHINA


Tom Erdman
100 Edward Street, #9
Fort Atkinson, WI 53538


Tom Erdman
314 Madison Avenue
Fort Atkinson, WI 53538


Tom Hunter
691 Jackson Parkway
Williams Bay, WI 53191


Travelers Insurance
One Tower Square
Hartford, CT 06183


Tri State Far East
16-17/FL, TAL Bldg, 49 Austin Road
Tsimshatsui, Kowloon
HONG KONG


Tri Vantage, LLC
957 N Oaklawn Ave
Elmhurst, IL 60126

Troyer Products
PO Box 1052
1090 Bloomingdale Rd.
Bristol, IN 46507


Uline
950 Albrecht Dr.
Lake Bluff, IL 60044


Ungaretti & Harris
70 W. Madison St.
Suite 3500
Chicago, IL 60602-4224


Union C - Button Co Ltd
Block A 3/Fchiap Ind Bldg,
114 King St, San Po Kong, Kowloon
HONG KONG


Union Spring & Manufacturing Corp
260 Industrial Drive
Pontotoc, MS 38863


UPS
Lockbox 577
Carol Stream, IL 60132-0577


UPS
2055 Army Trail Road
Suite 128
Addison, IL 60101


UPS Supply Chain Solutions, Inc
Attn:  Customs Brokerage Serv
PO Box 34486
Louisville, KY 40232


Vern Mendel
4021 Radcliffe Dr.
Northbrook, IL 60062


Village of Wheeling
2 Community Blvd
Wheeling, IL 60090-2676

Vitco Steel Supply Corp.
PO Box 220
Posen, IL 60469


Wal-Mart Stores East, Inc.
P.O. Box 500787
St. Louis, MO 63150


Wal-Mart Stores East, LP
P.O. Box 500787
St. Louis, MO 63150


Wal-Mart Stores Texas, LP
P.O. Box 500787
St. Louis, MO 63150


Wal-Mart Stores, Inc.
P.O. Box 500787
St. Louis, MO 63150


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Wayne Mills Company, Inc.
130 Berkley St.
Philadelphia, PA 19144


Weiss-Rohlig USA Inc.
351 W Touhy Ave
Suite 100
Des Plaines, IL 60018


Wenzhou Foreign Trade Ind Prdt Co
13F, Intl Trade Ctr, #8 Liming W Rd
Wenzhou 325000
CHINA


Whitaker Sales
Attn: Donna Castle
PO Box 1400
Verona, MS 38879

Whitesell Corp
2703 E Avalon Ave
PO Box 2570
Muscle Shoals, AL 35662-2570


Willard Shonfeld and Jos Perlman, truste
1032 Oak Ridge Dr.
Glencoe, IL 60022


Wireformers
500 Carboy Road
Mount Prospect, IL 60056


Woodline, Inc.
4695 Turnpike Court
Thomasville, NC 27360


Wrightwood Precision
4934 W Bloomingdale Ave
Chicago, IL 60639


Zhejiang Feili Hardware Spring Co
No 30 Fenghuang Road
Dingqiao, Haining, Zhejiang
CHINA


Zhu Jing
Silver Apt 2-1-1601 No 99 Wen-er Rd
Hangzhou
CHINA

# United States Bankruptcy Court
### Northern District of Illinois

In re   Handy Button Machine Company
            Debtor(s)

Case No.
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Handy Button Machine Company   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 8, 2010
Date

/s/ Robert M. Fishman

Robert M. Fishman 3124316
Signature of Attorney or Litigant
Counsel for   Handy Button Machine Company
Shaw Gussis et al
321 N. Clark Street
Suite 800
Chicago, IL 60654
312-541-0151 Fax:312-980-3888