# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10 B 15572 |
| | ) | |
| HANDY BUTTON MACHINE CO., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

## ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO HIGH RIDGE PARTNERS, INC., FINANCIAL ADVISOR TO THE DEBTOR, ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 233]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 45,020.00 | TOTAL COSTS REQUESTED: | $ 0 |
| TOTAL FEES REDUCED: | $     256.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 44,764.00 | TOTAL COSTS ALLOWED: | $ 0 |

### TOTAL FEES AND COSTS ALLOWED:    $ 44,764.00

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(7)    Lumping**
The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

IT IS SO ORDERED.

ENTERED:

Date:    FEB - 1 2011    _____
PAMELA S. HOLLIS
United States Bankruptcy Judge



HIGH
RIDGE
PARTNERS

Handy Kenlin Group
Period 04/08/10 through 11/12/10
Page 3

November 23, 2010

Professional Time by Project

| | Rate | Hours | Amount |
|---|---|---|---|
| **14 - Attendance at Court Hrgs./Review Pleadings** | | | |
| 4/26/2010 Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review motion to use cash collateral and changes to short term budget. | $295.00 | 0.50 | $147.50 |
| 4/29/2010 Patrick Cavanaugh<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review affidavit and motion to retain HRP as financial consultant; call and<br>email with John Guzzardo at Shaw Gussis re: same. | $400.00 | 0.50 | $200.00 |
| 4/30/2010 Patrick Cavanaugh<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Emails with John Guzzardo at Shaw Gussis to finalize motion to retain HRP<br>and affidavit with respect to same. | $400.00 | 0.40 | $160.00 |
| 5/11/2010 Patrick Cavanaugh<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Attend hearing on motions to retain various professionals; discussion with<br>Pete Roberts and Shaw Gussis re: same and status of 3-year plan; call with<br>Greg Apathy at HRP re: same. | $400.00 | 0.60 ⑦ (—$24.00) | $240.00 |
| 5/24/2010 Patrick Cavanaugh<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review motion and notice to sell the Preferred Furniture stock; email to Greg<br>Apathy re: same. | $400.00 | 0.20 | $80.00 |
| 7/26/2010 Patrick Cavanaugh<br>14 - Attendance at Court Hrgs./Review Pleadings<br>To Shaw Gussis for meeting with Bob Fishman and Peter Roberts to discuss<br>the plan of reorganization, revised five-year projections, and motion to<br>terminate the pension plan. | $400.00 | 1.20 | $480.00 |
| 7/30/2010 Patrick Cavanaugh<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review declaration with respect to the pension plan termination motion; review<br>revised financial projections with respect to same; calls/emails with Pete<br>Roberts at Shaw Gussis to discuss and finalize. | $400.00 | 1.40 ⑦ (—$56.00) | $560.00 |
| Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Phone with P. Roberts re: affidavits necessary for the pension termination<br>motion. | $295.00 | 0.30 | $88.50 |



HIGH RIDGE PARTNERS

November 23, 2010

Handy Kenlin Group
Period 04/08/10 through 11/12/10
Page 4

Professional Time by Project

| | Rate | Hours | Amount |
|---|---|---|---|
| 8/9/2010 Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Discuss termination of pension plan and affidavits with P. Roberts. | $295.00 | 0.30 | $88.50 |
| 8/17/2010 Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review and revise affidavits and discuss with P. Roberts. | $295.00 | 0.40 | $118.00 |
| Patrick Cavanaugh<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review email and attachments from Pete Roberts at Shaw Gussis re:motion to terminate the pension plan, cash flow projections, and affidavits relative to same; discuss with Greg Apathy at HRP; call with Pete Roberts. | $400.00 | 1.00 | $400.00 |
| 8/23/2010 Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Phone with P. Roberts re: Pension plan termination and court hearing; review PBGC request. | $295.00 | 0.30 | $88.50 |
| Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review supplemental declaration for G. Apathy and P. Cavanaugh. | $295.00 | 0.50 | $147.50 |
| 8/24/2010 Patrick Cavanaugh<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review revised declarations and summary financial information relative to the pension plan issues; discussions with Greg Apathy and Pete Roberts re: same. | $400.00 | 0.60 | $240.00 |
| Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Phone with R. Sirus and P. Roberts to discuss source of amounts used to generate analysis of pension plan for affidavits. | $295.00 | 0.40 | $118.00 |
| 8/25/2010 Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Phone with P. Roberts and P. Cavanaugh to discuss changes to affidavits; review revised affidavits. | $295.00 | 0.30 | $88.50 |
| 8/26/2010 Patrick Cavanaugh<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review motion and summary schedules with respect to the pension plan termination; discuss same with Greg Apathy; to court hearing; discuss motion with bob Fieldman, Pete Roberts, and James Froberg. | $400.00 | 0.70 | $280.00 |

⑦ (- $40.00)

⑦ (- $28.00)



Handy Kenlin Group
Period 04/08/10 through 11/12/10
Page 12

November 23, 2010

Professional Time by Project

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 6/23/2010 | Patrick Cavanaugh<br>22 - Business Analysis<br>Review email from Ken Shonfeld re: final revisions for plan and projections;<br>review revised five-year projections; discuss same with Greg Apathy at HRP. | $400.00 | 0.60<br>(7) | $240.00<br>(−$24.00) |
|  | Greg Apathy<br>22 - Business Analysis<br>Make suggested revisions to plan including additional funding from owners<br>with unsecured debt and changes in receivable terms. | $295.00 | 1.90 | $560.50 |
| 6/24/2010 | Greg Apathy<br>22 - Business Analysis<br>Prepare 13-week cash flow budget for cash collateral motion. | $295.00 | 1.50 | $442.50 |
|  | Greg Apathy<br>22 - Business Analysis<br>Phone with M. Baritz and K. Shonfeld to discuss updating the financial plan<br>and cash flow statements. | $295.00 | 0.80 | $236.00 |
|  | Greg Apathy<br>22 - Business Analysis<br>Reconcile cash flow budget to five year financial projection amounts. | $295.00 | 0.90 | $265.50 |
|  | Greg Apathy<br>22 - Business Analysis<br>Update plan based on comments and distribute. | $295.00 | 0.80 | $236.00 |
| 6/25/2010 | Greg Apathy<br>22 - Business Analysis<br>Revise pension model projections to same assumptions as the previous<br>financial model. | $295.00 | 1.30 | $383.50 |
|  | Patrick Cavanaugh<br>22 - Business Analysis<br>Discussion with Greg Apathy at HRP re: cash position, collections, and<br>inventory; review revised 13-week cash flow projection. | $400.00 | 0.50 | $200.00 |
|  | Greg Apathy<br>22 - Business Analysis<br>Revise five-year financial model to reflect changes in payments to unsecured<br>creditors and inventory turns. | $295.00 | 0.90 | $265.50 |



HIGH
RIDGE
PARTNERS

Handy Kenlin Group
Period 04/08/10 through 11/12/10
Page 13

November 23, 2010

Professional Time by Project

| | Rate | Hours | Amount |
|---|---|---|---|
| 6/25/2010 Greg Apathy<br>22 - Business Analysis<br>Phone with M. Baritz and K. Shonfeld to discuss financial projections and cash flow statements. | $295.00 | 0.70 | $206.50 |
| Greg Apathy<br>22 - Business Analysis<br>Discuss pension model with M. Baritz and K. Shonfeld. | $295.00 | 0.50 | $147.50 |
| 6/28/2010 Greg Apathy<br>22 - Business Analysis<br>Make revisions to both financial and pension models as necessary and distribute. | $295.00 | 1.30 | $383.50 |
| Greg Apathy<br>22 - Business Analysis<br>Phone with K. Shonfeld and M. Baritz to discuss changes to financial model and differences with the pension plan model. | $295.00 | 0.60 | $177.00 |
| 6/29/2010 Greg Apathy<br>22 - Business Analysis<br>Review liquidation analysis and discuss with M. Baritz. | $295.00 | 0.60 | $177.00 |
| Patrick Cavanaugh<br>22 - Business Analysis<br>Review revised 5-year plan and updated liquidation analysis; emails with Greg Apathy at HRP re: same. | $400.00 | 0.70 | $280.00 |
| 7/1/2010 Greg Apathy<br>22 - Business Analysis<br>Revise 13-week cash flow projection for payroll timing and amounts. | $295.00 | 1.10 | $324.50 |
| Greg Apathy<br>22 - Business Analysis<br>Revise financial models to correct formula links and update for new assumptions. | $295.00 | 0.90 | $265.50 |
| Patrick Cavanaugh<br>22 - Business Analysis<br>Review 5-year plan and projections; call with Greg Apathy to discuss same; call with Michael Baritz and Ken Shonfeld to discuss the projections and various other issues relative to the company and its Chapter 11 proceeding. | $400.00 | 0.80 | $320.00 |

⑦ (– $32.00)



HIGH
RIDGE
PARTNERS

Handy Kenlin Group
Period 04/08/10 through 11/12/10
Page 19

November 23, 2010

Professional Time by Project

| 36 - New Financing | Rate | Hours | Amount |
|---|---|---|---|
| **8/19/2010 Greg Apathy**<br>36 - New Financing<br>Review proposed list of financial requirements term sheet from Bank of America. | $295.00 | 0.50 | $147.50 |
| **Patrick Cavanaugh**<br>36 - New Financing<br>Review email and attachment from Michael Baritz at Handy Button re: Bank of America term sheet and options for refinancing; respond to email. | $400.00 | 0.40 | $160.00 |
| **8/23/2010 Patrick Cavanaugh**<br>36 - New Financing<br>Calls with various lenders, including Cole Taylor Bank and Forest Park National, to discuss general status of the Chapter 11, Bank of America term sheet, and issues surrounding a post confirmation refinancing; draft email to client; call with Michael Baritz to discuss same. | $400.00 | 0.80 ⑦ (−$32.00) | $320.00 |
| **8/24/2010 Patrick Cavanaugh**<br>36 - New Financing<br>Call with Wintrust to discuss general status of the Chapter 11, Bank of America term sheet, and potential refinancing; email and call to Michael Baritz at Handy Button. | $400.00 | 0.50 ⑦ (−$20.00) | $200.00 |
| **8/26/2010 Patrick Cavanaugh**<br>36 - New Financing<br>Call with Michael Baritz to discuss prospects for new financing after the Chapter 11 plan is confirmed. | $400.00 | 0.40 | $160.00 |

SUBTOTAL:

2.60     $987.50